CATHERINE ROFRANO, Respondent, v. LOUIS ROFRANO, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for October ninth (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MICHAEL ROWLEY and ISABELLA ROWLEY, as Administrators of MICHAEL ROWLEY, Deceased, Respondents, v. BROOKLYN FURNITURE COMPANY, Appellant. — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term a preference is granted) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ISHAIA SHALOM, Doing Business as I. SHALOM, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Motion for stay of examination before trial denied; examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SIDNEY TERRIS, Respondent, v. GUSSIE TERRIS and Others, Appellants.— On consent, the case is ordered to be tried on October 13, 1931. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WESLEY WAIT, Respondent, v. CITY OF NEWBURGH, Appellant, and Another, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ISAAC WORTH, Appellant, v. R. J. MACHER REALTY CORPORATION, Defendant. IRVING TRUST COMPANY, as Trustee, etc., and Another, Respondents.— Motion to open default and to extend time granted, there being no opposition, upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

OPAL MEARNS, Respondent, v. WILLIAM R. MEARNS, Appellant.— On argument, order modified so as to provide that the amount of alimony be reduced to sixty dollars a week, and as so modified affirmed, without costs. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

In the Matter of Supplementary Proceedings: COLONIAL RADIO SALES Co., INC., Appellant, v. ALBERT C. BOSCH, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THIRD DEPARTMENT, SEPTEMBER, 1931. .

In the Matter of the Claim of HAZEL B. SANFORD and Another, Appellants against CONSOLIDATED TRUCKING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.

In the Matter of the Claim of THOMAS CORBETT, Appellant, against THE SOLVAY PROCESS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.